UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:18-cv-00316-MOC

| | | |
|---|---|---|
| **NATHAN WILLIAMS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MISSION HOSPITAL, INC.; MISSION HEALTH SYSTEM, INC.; MISSION HEALTH SYSTEM FOUNDATION, INC.; MISSION HEALTH PARTNERS, INC.; MISSION MEDICAL ASSOCIATES, INC.**, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion following the filing of Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (#12). The United States and North Carolina have given their requisite written notice of consent to voluntary dismissal. See (#9, #13, #14). This matter is therefore dismissed without prejudice, and the Clerk is respectfully instructed to terminate this action.

**IT IS SO ORDERED.**

Signed: August 6, 2019

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge